IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-00794

| | |
|---|---|
| RUSSELL GRIFFIN, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>ORANGE COUNTY, JEFFREY E. )<br>THOMPSON, in his individual and official )<br>capacities, BRENDA BARTHOLOMEW, in )<br>her individual and official capacities, and )<br>BONNIE B. HAMMERSLEY, in her )<br>individual and official capacities, )<br>)<br>Defendants. ) | **DEFENDANTS ORANGE COUNTY, JEFFREY E. THOMPSON, BRENDA BARTHOLOMEW, AND BONNIE B. HAMMERSLEY'S NOTICE OF REMOVAL** |

_____

Please take notice that, pursuant to 28 U.S.C. §1331, Defendants Orange County, Jeffrey E. Thompson, in his individual and official capacities, Brenda Bartholomew, in her individual and official capacities, and Bonnie B. Hammersley, in her individual and official capacities, hereby remove this action from State Court of Orange County, North Carolina, to the United States District for the Middle District of North Carolina. In support of this Notice of Removal, Defendants aver as follows:

**PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS**

1. Plaintiff filed this action on or about July 30, 2020.

2. The Complaint alleges the following causes of action: (1) a violation of the Family Medical Leave Act of 1993 and (2) a claim of wrongful discharge against public policy.

3. Defendant Orange County received a copy of the Summons and Compliant on or about August 6, 2020, although on information and belief, no signature was required or obtained and Defendants deny Orange County has been properly served.

4. Defendant Jeff Thompson received a copy of the Summons and Complaint on or about July 31, 2020, although there was no signature required or obtained and Defendants deny that he was properly served.

5. Defendant Brenda Bartholomew received the Summons and Complaint on or about August 3, 2020, although no signature was required or obtained and Defendants deny that she was properly served.

6. Defendant Bonnie Hammersley received the Summons and Complaint on or about August 6, 2020, although no signature was required or obtained and Defendants deny she was properly served.

## GROUNDS FOR REMOVAL

7. Because the Complaint purports to state a claim under Section 29 U.S.C. § 2601, et. seq., the Family Medical Leave Act of 1993, removal is proper.

8. This Court has jurisdiction because this is a civil action over which the Court has jurisdiction pursuant to 28 U.S.C. §1331 "federal question" jurisdiction and it may be removed pursuant to 28 U.S.C. §1441 because Plaintiff alleges claims arising under a federal statute, i.e., the Family Medical Leave Act, 29 U.S.C. §2601, et. seq.

9. The procedural requirements for removal have been satisfied.

10. The Defendants have the ability to remove this claim.

11. The claim has been removed to the proper District Court.

12. The claim has been timely removed in that Defendant Jeff Thompson received notice of the summons and complaint on July 31, 2020.

13. After filing this Notice of Removal, Defendants will promptly serve written notice of this Notice of Removal on counsel for Plaintiff and file the same with the Clerk of Orange County, North Carolina, in accordance with 28 U.S.C. § 1446(d). The Notice of Filing of Notice of Removal is attached hereto as Attachment 1.

14. True and accurate copies of all process, pleadings and orders served on the Defendants in the action pending in Orange County, North Carolina, are attached hereto as exhibits.

15. By removing this action from Orange County, North Carolina, Defendants do not waive any defenses available.

16. By removing this action from Orange County, North Carolina, Defendants do not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE Defendants remove the above-captioned action from Orange County, North Carolina, State Superior Court, to the United States District Court for the Middle District of North Carolina.

Respectfully submitted, this the 31st day of August, 2020.

*/s/ Mary Craven Adams*
Mary Craven Adams
N.C. State Bar No. 23058
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 721-3735
Facsimile:  (336) 733-8427
Email:  Mary.Adams@wbd-us.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that on August 31, 2020, a copy of the foregoing **DEFENDANTS ORANGE COUNTY, JEFFREY E. THOMPSON, BRENDA BARTHOLOMEW, AND BONNIE B. HAMMERSLEY'S NOTICE OF REMOVAL** was filed with the Clerk of Court using the CM/ECF system.

It is further certified that on August 31, 2020, a copy of the foregoing **DEFENDANTS ORANGE COUNTY, JEFFREY E. THOMPSON, BRENDA BARTHOLOMEW, AND BONNIE B. HAMMERSLEY'S NOTICE OF REMOVAL** was sent to the following non-CM/ECF participant by United States first-class mail:

Valerie Johnson
Jennifer Iliana Segnere
JOHNSON & GRONINGER PLLC
300 Blackwell Street, Suite 101
Durham, NC  27701

*Attorneys for Plaintiff*

/s/ Mary Craven Adams
Mary Craven Adams
N.C. State Bar No. 23058
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 721-3735
Facsimile:  (336) 733-8427
Email:  Mary.Adams@wbd-us.com

*Attorneys for Defendants*