IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action: 1:20-cv-00794

| | |
|---|---|
| RUSSELL GRIFFIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORANGE COUNTY, JEFFREY E. ) <br> THOMPSON, in his individual and official ) <br> capacities, BRENDA BARTHOLOMEW, ) <br> in her individual and official capacities, and ) <br> BONNIE B. HAMMERSLEY, in her ) <br> individual and official capacities. ) <br> ) <br> Defendants. ) <br> ) | **STIPULATION OF VOLUNTARY DIMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Russell Griffin and Defendants Orange County; Jeffrey E. Thompson, *in his individual and official capacities*; Brenda Bartholomew, *in her individual and official capacities*; Bonnie B. Hammersley, *in her individual and official capacities*, by and through undersigned counsel, stipulate to the dismissal of all claims of Plaintiff in this matter *with prejudice*.

This the 9th day of September 2021.

/s/ Jennifer Iliana Segnere
Jennifer Iliana Segnere
Counsel for Plaintiff
NC State Bar # 40061
JOHNSON & GRONINGER PLLC
300 Blackwell St., Ste. 101
Durham, NC 27701
Phone: (919) 240-4054
Fax: (888) 412-0421

1

jennifer@jglawnc.com
*Attorney for Plaintiff*

/s/ Mary Craven Adams
Mary Craven Adams
Counsel for Defendants
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: (336) 721-3735
Fax: (336) 721-3660
Mary.Adams@wbd-us.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Stipulation of Voluntary Dismissal with Prejudice* was served upon Defendants' counsel by filing with the Clerk of Court using the CM/ECF system which will send electronic notification of such:

>Mary Craven Adams
>Counsel for Defendants
>Womble Bond Dickinson (US) LLP
>One West Fourth Street
>Winston-Salem, NC 27101
>Phone: (336) 721-3735
>Fax: (336) 721-3660
>Mary.Adams@wbd-us.com

This the 9th day of September 2021.

>/s/ Jennifer Iliana Segnere
>Jennifer Iliana Segnere
>NC State Bar # 40061
>*Counsel for Plaintiff*